# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### CLEVELAND DIVISION

In Re:                                    Case No. 20-10903-aih

Osaro Darlington Osagie Igho
Tonya Maxwell
   *aka* Tonya Osagie Igho              Chapter 7
   *aka* Tonya Maxwell West

Debtors.                                  Judge Arthur I. Harris

---

### NOTICE OF APPEARANCE

---

     Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

     Respectfully Submitted,

     /s/ Molly Slutsky Simons
     Molly Slutsky Simons (0083702)
     Sottile & Barile, Attorneys at Law
     394 Wards Corner Road, Suite 180
     Loveland, OH 45140
     Phone: 513.444.4100
     Email: bankruptcy@sottileandbarile.com
     Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on February 24, 2020, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

      Elliott S. Barrat, Debtors' Counsel
      ebarrat@aol.com

      Waldemar J. Wojcik, Trustee
      wwojcik@wojciklpa.com

      Office of the U.S. Trustee
      (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

      Osaro Darlington Osagie Igho, Debtor
      8563 Cherie Drive
      Cleveland, OH 44125

      Tonya Maxwell, Debtor
      8563 Cherie Drive
      Cleveland, OH 44125

      /s/ Molly Slutsky Simons
      Molly Slutsky Simons (0083702)
      Attorney for Creditor